

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
AT LAW AND IN ADMIRALTY

UNITED STATES OF AMERICA,

    Plaintiff,

v.                              Case No. 06-C-1312

APPROXIMATELY $2,766.00 IN
UNITED STATES CURRENCY, AND
ONE 1998 LINCOLN NAVIGATOR
VEHICLE IDENTIFICATION NUMBER
(VIN) 5LMPU28L9WLJ37905, WITH
ALL APPURTENANCES AND
ATTACHMENTS THEREON,

    Defendant.

## JUDGMENT OF FORFEITURE

THIS CAUSE having come before the Court upon plaintiff's Motion for Judgment of Forfeiture, it is hereby

**ORDERED, ADJUDGED, AND DECREED:**

1. All right, title and interest in the defendant property, approximately $2,766.00 in United States currency, is forfeited to the United States of America;

2. Claimant Jaime Romero paid to the plaintiff, United States of America, the sum of $3,000.00 in the form of a trust account check made payable to the United States government. The $3,000.00 sum is forfeited to the United States of America in lieu of the defendant property, one 1998 Lincoln Navigator;

3. The United States Marshal shall deposit the approximately $2,766.00 in United States currency, and the $3,000.00 trust account check received from Claimant Jaime

Romero, into the United States Department of Justice's Asset Forfeiture Fund for disposition according to law;

4. Upon entry of this Judgment of Forfeiture, the United States Marshal shall return the defendant property, one 1998 Lincoln Navigator, to Claimant Jaime Romero, by and through his attorney;

5. This Court shall retain jurisdiction of this cause for the purpose of enforcing the Judgment of Forfeiture.

Dated at Milwaukee, Wisconsin, this 27th day of June, 2007.

HONORABLE CHARLES N. CLEVERT
United States District Judge

Judgment entered this 2nd day of July, 2007.

JON W. SANFILIPPO
Clerk of Court

By: V. Kelly Barton Terry
Deputy Clerk

2